UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRADFORD CAIN DOPKINS, | Case No. 24-CV-2276 (NEB/DLM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| FRIDLEY POLICE DEPARTMENT, BRIDGET MCBRIDE, ENIS VATRES, PETER M. MUELLER, JEFFREY A. GUEST, ROBERT STEVENS, JAMES MORK, JOHN KOTCHENG, KEVIN TITUS, MATTHEW SCHLENKER, PERRY JONES, JENNIFER FETROW, TRAVIS VOLK, BARRY SULLIVAN, KARIN MCCARTHY, MELISSA M. SATERBAK, CATHY TREVINO, ANOKA COUNTY JAIL NAME UNKNOWN OF STATE EMPLOYEE WHO ADMITTED ME TO JAIL, ANOKA COUNTY JAIL, ANOKA COUNTY ATTORNEYS OFFICE, and ANOKA COUNTY PUBLIC DEFENDERS OFFICE, | |
| Defendants. | |

The Court has received the November 19, 2024 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 23.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 23) is ACCEPTED;

2. Plaintiff Bradford Cain Dopkins's claims about excessive force used during Dopkins's June 2018 arrest and any claims about conditions of confinement at the Anoka County Jail are DISMISSED WITHOUT PREJUDICE;

3. Dopkins's claims asserting (1) that his convictions in *State v. Dopkins*, No. 2-cr-18-3927 (Minn. Dist. Ct.) are unconstitutional, and (2) that the initial seizures of his property as part of the investigation underlying No. 2-cr-18-3927 were unconstitutional are DISMISSED WITHOUT PREJUDICE for failure to state a claim.

4. All Defendants are DISMISSED from this action except for the "Fridley Police Department," which the Court finds should go forward as the City of Fridley itself as the named defendant; and

5. Dopkins's laptop-related motion received by the Court on June 24, 2024 (ECF No. 7) is DENIED WITHOUT PREJUDICE.

Dated: January 2, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge